of a suit for infants may be undertaken and conducted by a next friend, but he is not authorized to collect the judgment.   22 Cyc. 704.

We think the other points made are untenable, and no reversible error appearing in the record the decree is affirmed.

*Affirmed.*

---

**Edgar J. Cook, Defendant in Error, v. B. F. Graham, Plaintiff in Error.**

**Gen. No. 18,084.   (Not to be reported in full.)**

Error to the Municipal Court of Chicago; the Hon. WILLIAM N. GEMMILL, Judge, presiding.   Heard in this court at the March term, 1912.   Affirmed.   Opinion filed November 3, 1913.

### Statement of the Case.

Action by Edgar J. Cook against B. F. Graham to recover for services and expenses incurred in connection therewith.   From a judgment in favor of plaintiff for two hundred and seventy-five dollars, defendant brings error.

DANIEL W. SCANLAN and JOHN H. MILLER, for plaintiff in error.

No appearance for defendant in error.

MR. JUSTICE SMITH delivered the opinion of the court.

### Abstract of the Decision.

PRINCIPAL AND AGENT, § 83*—*sufficiency of evidence.*   In an action for services and expenses incurred in connection therewith, finding of trial court as to value of services rendered and authority of plaintiff to incur expenses, *held* sustained by the evidence.

*See Illinois Notes Digest, Vols. XI to XIV, same topic and section number.